NICHOLAS A. TRUTANICH, United States Attorney
SKYLER PEARSON, Assistant United States Attorney
U.S. Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, NV 89101
Tel | (702) 860-8779
E-mail: skyler.pearson@usdoj.gov

JEAN E. WILLIAMS, Deputy Assistant Attorney General
SETH M. BARSKY, Chief
MEREDITH L. FLAX, Assistant Chief
MICHELLE M. SPATZ, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
Tel | (202) 598-9741; Fax | (202) 305-0275
E-mail: michelle.spatz@usdoj.gov

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>*Plaintiff*,<br><br>v.<br><br>DAVID BERNHARDT, in his official capacity as Secretary of the United States Department of the Interior; AURELIA SKIPWITH, in her official capacity as Director of the U.S. Fish and Wildlife Service; U.S. FISH AND WILDLIFE SERVICE,<br><br>*Defendants*. | Case No. 3:20-cv-00333-KJD-CLB<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT**<br>**(First Request)** |

Pursuant to Local Rule IA 6-1, Plaintiff Center for Biological Diversity and Defendants David Bernhardt, Aurelia Skipwith, and the U.S. Fish and Wildlife Service ("Federal Defendants") stipulate to an extension of time for Federal Defendants to file a response to Plaintiff's Complaint until September 10, 2020. The parties have stipulated to

this extension because they have recently conferred in regard to a possible negotiated resolution of this matter and agree that additional time is needed in an attempt to resolve the claims in this matter without the need for further litigation. This is the first stipulation for an extension of time for Federal Defendants to respond to the Complaint.

    Respectfully submitted this 3rd day of August 2020.

| | |
|---|---|
| WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP | UNITED STATES DEPARTMENT OF JUSTICE |
| /s/ Jennifer L. Loda<br>Jennifer L. Loda<br>California Bar No. 284889 | / s/ Michelle M. Spatz<br>Michelle M. Spatz<br>D.C. Bar No. 1044400 |
| Christopher W. Mixson<br>Nevada Bar No. 10685 | *Attorney for Federal Defendants* |
| *Attorneys for Plaintiff* | |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** August 4, 2020