**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
CHRISTOPHER W. MIXSON, ESQ.
Nevada Bar No. 10685
Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP
5594-B Longley Lane
Reno, Nevada 89511
775-853-6787
cmixson@wrslawyers.com

*Attorneys for Plaintiff Center for Biological Diversity*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>       Plaintiff,<br><br>vs.<br><br>DAVID BERHNHARDT, *et al.*;<br><br>       Defendant. | Case No. 3:20-cv-00333-KJD-CLB<br><br>**ORDER GRANTING MOTION TO WITHDRAW ATTORNEY AS COUNSEL OF RECORD** |

Before this Court is Center for Biological Diversity's ("CBD") Motion to Withdraw Attorney Jennifer L. Loda as Counsel of Record for Plaintiff. Having reviewed the Motion and accompanying Declaration of Christopher W. Mixson, Esq., the Court hereby GRANTS Plaintiff's Motion to Withdraw Attorney Jennifer L. Loda as Counsel of Record.

Attorney Jennifer L. Loda is hereby WITHDRAWN and TERMINATED as counsel of record for Plaintiff Center for Biological Diversity in this matter.

IT IS SO ORDERED.

DATED: September 3, 2020

_____
UNITED STATES MAGISTRATE JUDGE