1 | NICHOLAS A. TRUTANICH, United States Attorney
SKYLER PEARSON, Assistant United States Attorney
2 | U.S. Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
3 | Las Vegas, NV 89101
Tel | (702) 860-8779
4 | E-mail: skyler.pearson@usdoj.gov

5 | JEAN E. WILLIAMS, Deputy Assistant Attorney General
SETH M. BARSKY, Chief
6 | MEREDITH L. FLAX, Assistant Chief
MICHELLE M. SPATZ, Trial Attorney
7 | U.S. Department of Justice
Environment & Natural Resources Division
8 | Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
9 | Washington, D.C. 20044-7611
Tel | (202) 598-9741; Fax | (202) 305-0275
10 | E-mail: michelle.spatz@usdoj.gov

11 | *Attorneys for Federal Defendants*

12

13 | **UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

14

15 | CENTER FOR BIOLOGICAL DIVERSITY,

16 | *Plaintiff*,

17 | v.

18 | DAVID BERNHARDT, in his official

19 | capacity as Secretary of the United States Department of the Interior; AURELIA

20 | SKIPWITH, in her official capacity as Director of the U.S. Fish and Wildlife

21 | Service; U.S. FISH AND WILDLIFE

22 | SERVICE,

23 | *Defendants*.

Case No. 3:20-cv-00333-KJD-CLB

**STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT** (Second Request)

24 | Pursuant to Local Rule IA 6-1, Plaintiff Center for Biological Diversity and

25 | Defendants David Bernhardt, Aurelia Skipwith, and the U.S. Fish and Wildlife Service

26 | ("Federal Defendants") stipulate to an extension of time for Federal Defendants to file a

27 | response to Plaintiff's Complaint until October 13, 2020. The parties have stipulated to this

28

extension because they have reached an agreement in principle to resolve this matter

without the need for further litigation, but Federal Defendants need additional time to

obtain necessary authorizations. This is the second stipulation for an extension of time for

Federal Defendants to respond to the Complaint.

Respectfully submitted this 3rd day of September 2020.

WOLF, RIFKIN, SHAPIRO,                    UNITED STATES DEPARTMENT OF
SCHULMAN & RABKIN, LLP                    JUSTICE


*/s/ Christopher W. Mixson*                 */s/ Michelle M. Spatz*
Christopher W. Mixson                      Michelle M. Spatz
Nevada Bar No. 10685                       D.C. Bar No. 1044400

*Attorney for Plaintiff*                    *Attorney for Federal Defendants*


**IT IS SO ORDERED:**


_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:**   September 3, 2020